**FILED**

JAN 29 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOLIN ANDREW MARKS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 08 0175 |
| UNITED STATES CONGRESS INDIVIDUAL MEMBERS 1-435, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## DISMISSAL ORDER

For or the reasons stated in the accompanying Memorandum Opinion, it is hereby,

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED; and it is

FURTHER ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

_____
United States District Judge

DATE: January 23, 2008