UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 28 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTOLIN ANDREW MARKS, )
)
Plaintiff, )
)
v. ) Civil Action No. 08 0175
)
UNITED STATES CONGRESS INDIVIDUAL )
MEMBERS 1-435, *et al.*, )
)
Defendants. )

### ORDER

Upon review of plaintiff's Motion to Reconsider, which is construed as a motion to alter or amend filed pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, the Court finds no basis to reverse the order of dismissal previously entered.

Accordingly, it is hereby

ORDERED that plaintiff's Motion to Reconsider is DENIED.

SO ORDERED.

_____
United States District Judge

DATE:
2/15/08